■ EDITH B. PECK, as Administratrix of the Estate of EDWIN C. QUINN, III, Deceased, Respondent, v. BOARD OF EDUCATION OF THE CITY OF MOUNT VERNON et al., Appellants.—

Rabin, Acting P. J., Hopkins, Munder, Latham and Benjamin, JJ., concur.